————o————

THE STATE OF MISSOURI at the relation of WILLIAM S. BRACKEN, *et als.*, Appellants, *vs.* GEORGE ROYER, *et als.*, Respondents.

L. State *ex rel.* Bracken vs. Heiser, *ante* p. 540, affirmed.

*Appeal from Caldwell Circuit Court.*

*H. J. Chapman*, for Appellants.

*J. M. Hoskinson*, for Respondents.

VORIES, Judge, delivered the opinion of the court.

This case is identical in principle in every material particular with the case of the State of Missouri on the relation of William S. Bracken, president, vs. Joseph F. Heiser, president, etc., decided at the present term and for the reasons given in the opinion in that case, the judgment in this case is affirmed. The other judges concur.